

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 2-10-065-CV

IN THE INTEREST OF J.W.O., A CHILD

----------

FROM THE 235TH DISTRICT COURT OF COOKE COUNTY

----------

### MEMORANDUM OPINION[1] AND JUDGMENT

----------

On July 1, 2010, we notified appellant S.S. that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss his appeal for want of prosecution unless appellant S.S. or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant S.S.'s brief has not been filed, we dismiss his appeal for want of prosecution.   *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).   Appellant J.O.'s appeal remains pending.

PER CURIAM


PANEL:   LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:   July 22, 2010